THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NICOLE M. ROWDON, | : | CIVIL ACTION |
| Plaintiff | : | |
| | : | |
| v. | : | |
| | : | |
| KILOLO KIJAKAZI, | : | |
| Acting Commissioner of the | : | |
| Social Security Administration, | : | |
| Defendant | : | NO. 20-4475 |

## ORDER

**AND NOW**, this 31st day of March 2023, for the reasons contained in the court's Memorandum, it is hereby **ORDERED** that Plaintiff's Request for Review is **GRANTED**, and, this matter, pursuant to **sentence four** of 42 U.S.C. 405(g), is **REMANDED** to the Commissioner. Upon remand, the ALJ shall evaluate comprehensively, and address properly, all of Plaintiff's possible non-exertional limitations.  The ALJ should explicitly address whether Plaintiff's allergies present a non-exertional limitation.  Furthermore, the ALJ should obtain vocational expert testimony for all of her non-exertional limitations, including her depression.

**IT IS SO ORDERED**.

BY THE COURT:

 /s/ Carol Sandra Moore Wells
CAROL SANDRA MOORE WELLS
United States Magistrate Judge